United States District Court
Southern District of Texas
**ENTERED**
January 07, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:16-MJ-001 |
| | § | |
| ALEXANDER DAVID-FLORES | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant is a citizen of Honduras who is a lawful permanent resident of the United States. If convicted, the defendant faces deportation. The defendant has ties to Honduras and to the United States. The defendant is currently on probation for a misdemeanor offense. On May 7, 2014, the defendant failed to appear for a hearing regarding unspecified violations of his probation. A warrant was issued for the defendant's arrest for failure to appear and the warrant remains active. The defendant has shown an unwillingness or inability to comply with court ordered conditions of release. The findings and conclusions contained in the Pretrial Services Report are adopted. The

defendant may move to re-open the detention hearing if the warrant is removed or otherwise resolved.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 7th day of January, 2016.

_____
Jason B. Libby
United States Magistrate Judge